VALERIE L. CHANG (SBN 295147)
Email: vchang@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367

SHANNON L. HOPKINS (*admitted pro hac vice*)
Email: shopkins@zlk.com
NANCY A. KULESA (*admitted pro hac vice*)
Email: nkulesa@zlk.com
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Lead Plaintiff Liu Shaolin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRAGALA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>500.COM LIMITED, MAN SAN LAW, ZHENGMING PAN, DEUTSCHE BANK SECURITIES INC., PIPER JAFFRAY & CO., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-CV-01463-JFW (Ex)<br><br>Hon. John F. Walter<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE UNDERWRITER DEFENDANTS PURSUANT TO FRCP 41(a)(1)(A)(II)** |

1    WHEREAS, on September 15, 2015, Lead Plaintiff Liu Shaolin ("Plaintiff")
2    filed his First Amended Class Action Complaint against 500.com Limited
3    ("500.com" or the "Company"), Man San Law, and Zhengming Pan (collectively, the
4    "500.com Defendants"), Deutsche Bank Securities Inc. ("Deutsche Bank"), Piper
5    Jaffray & Co. ("Piper Jaffray"), and Oppenheimer & Co. Inc. ("Oppenheimer" and,
6    collectively with Deutsche Bank and Piper Jaffray, the "Underwriter Defendants")
7    for violations of the federal securities laws;

8    WHEREAS, on November 16, 2015, the 500.com Defendants filed a Notice
9    of Motion and Motion to Dismiss Plaintiff's First Amended Class Action Complaint;

10   WHEREAS, on November 16, 2015, the Underwriter Defendants filed a
11   Notice of Motion and Motion to Dismiss Plaintiff's First Amended Class Action
12   Complaint;

13   WHEREAS, on January 18, 2016, the parties to the action met and conferred
14   on the 500.com Defendants' and the Underwriter Defendants' pending motions to
15   dismiss pursuant to this Court's standing rules;

16   WHEREAS, in light of the January 18, 2016 meet and confer discussion,
17   Plaintiff has determined to dismiss all of his claims against the Underwriter
18   Defendants with prejudice (no claims are being dismissed, however, against the
19   500.com Defendants);

20   WHEREAS, no class has been certified; and

21   WHEREAS, no monies have been or will be paid to the Plaintiff or Plaintiff's
22   counsel in consideration for the dismissal with prejudice of all claims against the
23   Underwriter Defendants provided for by this Stipulation.

24   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**
25   by and among Plaintiff, the Underwriter Defendants, and the 500.com Defendants,
26   that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(II), all of Plaintiff's
27   claims in this action against the Underwriter Defendants shall be dismissed with
28   prejudice with each party bearing his/its own costs.

1 | Dated: January 22, 2016 | **SHEPHERD FINKELMAN MILLER & SHAH LLP**

By: */s/Valerie L. Chang*
Valerie L. Chang (SBN 295147)
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367
Email: vchang@sfmslaw.com

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins
Nancy A. Kulesa
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: nkulesa@zlk.com

Attorneys for Lead Plaintiff LIU SHAOLIN

*Pursuant to L.R. 5-4.3.4, Valerie L. Chang hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

| | | |
|---|---|---|
| 1 | Dated: January 22, 2016 | **GOODWIN PROCTER LLP** |
| 2 | | By: */s/Brian E. Pastuszenski* |
| 3 | | Brian E. Pastuszenski |
| | | (admitted *pro hac vice*) |
| 4 | | Daniel Roeser |
| 5 | | (admitted *pro hac vice*) |
| | | 620 Eighth Avenue |
| 6 | | New York, New York 10018 |
| 7 | | Tel: (212) 813-8800 |
| | | Fax: (212) 355-3333 |
| 8 | | |
| 9 | | **GOODWIN PROCTER LLP** |
| | | Teodora E. Manolova (SBN 233333) |
| 10 | | 601 South Figueroa Street, 41st Floor |
| 11 | | Los Angeles, California 90017 |
| | | Tel.: (213) 426-2500 |
| 12 | | Fax: (213) 623-1673 |
| 13 | | |
| | | Attorneys for Defendants DEUTSCHE |
| 14 | | BANK SECURITIES INC., PIPER |
| 15 | | JAFFRAY & CO., AND |
| | | OPPENHEIMER & CO. INC. |

| | | |
|---|---|---|
| 1 | Dated: January 22, 2016 | **SIMPSON THACHER & BARTLETT LLP** |
| 2 | | |
| 3 | | By: /s/ Chet A. Kronenberg |
| | | Chet A. Kronenberg (SBN 222335) |
| 4 | | Colin H. Rolfs (SBN 280654) |
| 5 | | JoAnne S. Jennings (SBN 298009) |
| | | 1999 Avenue of the Stars, 29th Floor |
| 6 | | Los Angeles, California 90067 |
| 7 | | Tel: (310) 407-7500 |
| | | Fax: (310) 407-7502 |
| 8 | | |
| 9 | | Attorneys for Defendants 500.COM LIMITED, MAN SAN LAW and ZHENGMING PAN |
| 10 | | |

4848-9837-5981, v. 1