KOLIN C. TANG (SBN 279834)
Email: ktang@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367

SHANNON L. HOPKINS (*admitted pro hac vice*)
Email: shopkins@zlk.com
NANCY A. KULESA (*admitted pro hac vice*)
Email: nkulesa@zlk.com
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Lead Plaintiff Liu Shaolin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRAGALA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>500.COM LIMITED, MAN SAN LAW, ZHENGMING PAN, DEUTSCHE BANK SECURITIES INC., PIPER JAFFRAY & CO., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-CV-01463-JFW (Ex)<br><br>**ORDER APPROVING EXTENSION OF TIME TO PRESENT SETTLEMENT FOR PRELIMINARY APPROVAL**<br><br>Hon. John F. Walter<br>Courtroom: 16 – Spring Street Floor<br><br>**Action Filed:** February 27, 2015<br><br>*Stipulation and [Proposed] Order filed Concurrently Herewith* |

# ORDER

Pursuant to the Stipulation of Lead Plaintiff Liu Shaolin ("Plaintiff") and defendants 500.com Limited ("500.com" or the "Company"), Man San Law, and Zhengming Pan (collectively, the "Defendants"), and for GOOD CAUSE having been shown,

IT IS HEREBY ORDERED THAT the filing deadline for Lead Plaintiff's motion for preliminary approval of the Settlement shall be continued to Friday, October 28, 2016.

IT IS SO ORDERED.

DATED:  October 6, 2016        _____
                               HONORABLE JOHN F. WALTER
                               U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

By: */s/Kolin C. Tang*
Kolin C. Tang (SBN 279834)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel:  (323) 510-4060
Fax: (866) 300-7367
Email:  ktang@sfmslaw.com