KOLIN C. TANG (SBN 279834)
Email: ktang@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367

SHANNON L. HOPKINS (*admitted pro hac vice)*
Email: shopkins@zlk.com
NANCY A. KULESA (*admitted pro hac vice)*
Email: nkulesa@zlk.com
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Lead Plaintiff Liu Shaolin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRAGALA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>500.COM LIMITED, MAN SAN LAW, ZHENGMING PAN, DEUTSCHE BANK SECURITIES INC., PIPER JAFFRAY & CO., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-CV-01463-JFW (Ex)<br><br>**CLASS ACTION**<br><br>**PARTIES' JOINT UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date: No Hearing Requested**<br>**Time: N/A**<br>Courtroom: 16–Spring Street Floor<br>Judge: Hon. John F. Walter |

Lead Plaintiff, Liu Shaolin, together with defendants 500.com Limited ("500.com" or the "Company"), Man San Law, and Zhengming Pan (collectively "Defendants"), respectfully jointly seek preliminary approval of the Settlement.

The parties were able to come to an agreement and are pleased to report that they have executed the Stipulation of Settlement. Accordingly, the parties respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement ("Preliminary Approval Order"), submitted herewith.

The proposed Preliminary Approval Order will, among other things: (1) grant preliminary approval of the proposed class action settlement on the terms set forth in the Stipulation of Settlement dated as of September 12, 2016 (the "Stipulation," attached as Exhibit 1 to Lead Plaintiffs' Memorandum of Points and Authorities in Support of Joint Unopposed Motion for Preliminary Approval of Class Action Settlement, submitted herewith;) (2) certify the Class for settlement purposes only; (3) approve of the form and manner of giving notice of the proposed Settlement to the Class; and (4) set a date for the Final Approval Hearing.

The parties request expedited review of this joint unopposed Motion so that Notice may be sent to Class Members, and submit that a hearing on preliminary approval is unnecessary.

Dated: October 28, 2016

**SHEPHERD FINKELMAN MILLER & SHAH LLP**

By: */s/Kolin C. Tang*

Kolin C. Tang (SBN 279834)
11755 Wilshire Blvd.
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367
Email: ktang@sfmslaw.com

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins

Nancy A. Kulesa
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: nkulesa@zlk.com

Attorneys for Lead Plaintiff LIU SHAOLIN

*Pursuant to L.R. 5-4.3.4, Kolin C. Tang hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: October 28, 2016

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ Chet A. Kronenberg*

Chet A. Kronenberg (SBN 222335)
Colin H. Rolfs (SBN 280654)
JoAnne S. Jennings (SBN 298009)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel: (310) 407-7500
Fax: (310) 407-7502

Attorneys for Defendants 500.COM LIMITED, MAN SAN LAW and ZHENGMING PAN