KOLIN C. TANG (SBN 279834)
Email: ktang@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd.
15th Floor
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367

SHANNON L. HOPKINS (*admitted pro hac vice*)
Email: shopkins@zlk.com
NANCY A. KULESA (*admitted pro hac vice*)
Email: nkulesa@zlk.com
**LEVI & KORSINSKY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Lead Plaintiff Liu Shaolin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH FRAGALA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>500.COM LIMITED, MAN SAN LAW, ZHENGMING PAN, DEUTSCHE BANK SECURITIES INC., PIPER JAFFRAY & CO., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-CV-01463-JFW (Ex)<br><br>Hon. John F. Walter<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**<br><br>**Hearing Date:** September 25, 2017<br>**Time:** 1:30 p.m.<br>**Courtroom**: 7A |

**NOTICE OF MOTION AND UNOPPOSED MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, September 25, 2017 at 1:30 pm, in Courtroom 7A of the United States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, California 90012, the Honorable John F. Walter presiding, Lead Plaintiff, Liu Shaolin, and Lead Counsel, Levi & Korsinsky LLP ("Levi & Korsinsky"), will and hereby do move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the administrative determinations of the Claims Administrator, RG/2 Claims Administration LLC ("RG/2"), concerning the acceptance and rejection of the Claims submitted as recommended herein and in the Declaration of Tina Chiango in Support of Motion for Distribution of the Net Settlement Fund ("Chiango Declaration"); (ii) directing payment of the Net Settlement Fund to the Authorized Claimants; and (iii) and directing payment from the Settlement Fund to RG/2 for administration costs incurred in administering the Settlement and the initial distribution of the Net Settlement Fund. Pursuant to L.R. 7-3, Plaintiff's counsel sent a copy of this Motion and the related papers to counsel for Defendants. Counsel for Defendants agreed that Plaintiff could mark this motion as unopposed.

In support of this Motion, Plaintiff concurrently submits his Memorandum of Points and Authorities and the Chiango Declaration. Plaintiff respectfully requests that the Court decide the within motion on the papers, and approve and enter the [Proposed] Order concerning the distribution submitted herewith.

DATED: August 24, 2017

**SHEPHERD, FINKELMAN, MILLER & SHAH LLP**

By: */s/ Kolin C. Tang*

Kolin C. Tang (SBN 279834)
11755 Wilshire Blvd.

15th Floor
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367
Email: ktang@sfmslaw.com

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins
Nancy A. Kulesa
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: nkulesa@zlk.com

Attorneys for Lead Plaintiff LIU SHAOLIN